# EXHIBIT A

| | |
|---|---|
| **Overview** | DSG & GGXY in partnership with multiple key vendors is initiating a commission sales opportunity for all GGXY & Pro+ stores beginning in Q1 FY2021 on the sale of selected premium golf equipment. The goal of this program is to grow our overall golf equipment business by incentivizing our teammates to show golfers the benefits to their game of the newest technology available. |
| **Program Criteria** | <ul><li>Participating vendors include:<ul><li>Titleist</li><li>Callaway</li><li>TaylorMade</li><li>Cobra</li><li>Ping</li><li>Tommy Armour</li><li>Scotty Cameron will be commissioned at 2%</li></ul></li><li>All teammates in a non-bonus eligible position can participate.</li><li>Commission rate is 3% on eligible in-stock and custom order sales. Sales made on the in-store kiosk or AOS system are not eligible.<ul><li>In-stock sales will be tabulated based on the date they were sold and captured in POS.</li><li>Custom sales will be tabulated based on the Customer Received date within the COS Application.</li></ul></li><li>Sales of the eligible styles attached are the only sales that count toward commission payouts.<ul><li>Updates to the Commission Style List will be made periodically when new products launch or current products cascade down in price.</li><li>A current Commission Style List will be maintained on DSGN > Golf > Reference > Eligible Commission Styles</li></ul></li><li>Commission is incremental to your current base rate of pay.</li><li>Teammates do not receive commission on clubs that get returned.</li></ul> |
| **Payout Schedule** | <ul><li>Commission will be paid bi-weekly along with regular pay.</li><li>Commission pay will always be 3 weeks in arrears to allow for all the required reporting and review.<ul><li>For example, pay period starts on 4/30 & ends on 5/13. Commission for eligible sales captured in that time period will be paid on 6/2.</li></ul></li><li>Teammates must be employed at DICK'S Sporting Goods at the time commission is paid out</li></ul> |

| | |
|---|---|
| **Reporting Capture Process** | - Teammates do not need to include the SAP sticker for custom orders; **<u>ONLY</u>** the teammate logged into custom order system will receive credit for the commission eligible product.<br><br>- SAP stickers with teammate ID are scanned with each item sold except special orders. Do not include the SAP sticker for custom orders.<br>  - Reference [Sales Associate Productivity (SAP) Program](#) in Store Procedures on DSGN for additional information.<br>  - If any procedure is missed there will be no commission credit on that transaction. Ensure all cashiers are aware.<br><br>- Remember, customer service is our top priority. As always, we should be directing customers to the product that is right for them and will help them play better.<br><br>- **There will not be any type of Exception Process for sales that are not properly rung through the register or logged into the COS Application.** It is important to train teammates running transactions at POS on the appropriate process.<br><br>- **POS Ringing Instructions**<br>  - Scan the customer ScoreCard and press **F1-Accept Loyalty Number**<br>  - Scan the club to add it to the sale<br>  - Highlight the club on the screen and press **F5 – Assign SAP**<br>  - Scan or enter the selling associate's SAP ID<br>  - Continue selling items<br>  - Total and tender the sale |
| **Project Sharing** | **Department Manager/MOD:**<br>- Cover details at Morning Huddle meetings to ensure that all Teammates are aware of this program. |