# EXHIBIT B




# Premium Equipment Commission Program SOP

| Applies to Chains: | Golf Galaxy & DSG Pro+ Stores<br>Exception: CA Stores are not eligible |
|---|---|
| Applies to Roles: | All eligible GGXY & DSG Pro+ teammates |

## Overview

DSG & GGXY in partnership with multiple key vendors have initiated a commission sales opportunity for all GGXY & Pro+ stores on the sale of selected premium golf equipment. The goal of this program is to demonstrate our commitment to our fitting experience and continued growth of our overall golf equipment business by incentivizing our certified fitters and golf teammates to show golfers the benefits to their game of the newest technology available. Only teammates who custom fit or directly assist in the sale of commission eligible products should be attached to the transaction. Teammates should always act as a Trusted Advisor and recommend the equipment best suited for the golfer.

## Program Criteria

- Participating vendors include:
    - Bettinardi
    - Callaway
    - Cleveland
    - Cobra
    - Evnroll
    - Mizuno
    - PING
    - Scotty Cameron will be commissioned at 1% as of 7/2/2023
    - Srixon
    - TaylorMade
    - Titleist
    - XXIO
- All teammates in a non-bonus eligible position that custom fit or directly assist in the selection and sale of commission eligible product can participate.
- Commission rate is 3% (unless otherwise noted) on eligible in-stock and custom order sales. Sales placed on the in-store kiosk or AOS system are not eligible.
    - In-stock sales will be tabulated based on the date they were sold and captured in POS.
    - Custom sales will be tabulated based on the Customer Received date within the COS Application.
- Commission payouts are only inclusive of eligible styles. Eligible styles can be found on the Clubhouse.
    - Updates to the Commission Style List will be made regularly as new products launch or current products cascade down in price.
    - A current Commission Style List is maintained on DSGN > The Clubhouse > Eligible Commission Styles
- Commission is incremental to your current base rate of pay.
- Teammates do not receive commission on clubs that are returned.




# Premium Equipment Commission Program SOP

## Program Criteria continued

- Teammates in California are NOT eligible for commission.
- COS orders placed as Product Not Found are NOT eligible for commission.
    - If you have confirmation that components are available but are not listed in COS as options, please reach out to the Special Order Team versus placing Product Not Found orders.
    - If you are ordering blended sets, please use COS and place individual club orders to create the set.

## Payout Schedule

- Commission will be paid bi-weekly in conjunction with regular pay.
- Commission pay will always be 3 weeks in arrears to allow for all the required reporting and review.
    - For example, commission eligible sales captured for the pay period starting 4/30 and ending on 5/13 will be paid on 6/2
    - Reminder, teammates do not receive commission on eligible equipment that is returned. If a commission is paid out and the club is returned after the payout, that commission amount will result in a negative value towards the next commission payout.
- Teammates must be employed at DICK'S Sporting Goods at the time commission is paid out, unless state or local law requires otherwise.

## Reporting Capture Process

- Teammates do not need to include the SAP sticker for COS orders; ONLY the teammate logged into the custom order system will receive credit for the commission eligible product.
- SAP stickers with teammate ID are scanned with each item sold except special orders. Do not include the SAP sticker for custom orders.
    - Reference Sales Associate Productivity (SAP) Program in Store Procedures on DSGN for additional information.
    - If any part of the reporting capture process is missed or incorrectly executed, there will be no commission credit on that transaction. Ensure all cashiers are aware.
- Remember, being a Trusted Advisor is our top priority. As always, we should be directing golfers to the product that is right for them and will help them play better golf.
- **There will not be any type of Exception Process for sales that are not properly rung through the register or logged into the COS Application.** It is important to train teammates ringing transactions at POS on the appropriate process.

 

# Premium Equipment Commission Program SOP

## Golf Galaxy POS Ringing Instructions – Non-COS Orders

- Scan the customer ScoreCard and press F1-Accept Loyalty Number.
- Scan the club to add it to the sale.
- Highlight the club on the screen and press F5 – Assign SAP.
- Scan or enter the selling teammate's SAP ID.
    - Once the teammate's SAP ID has been added, it will capture all eligible items included in the transaction. It does not need to be attached to each item.
- Continue scanning any other item(s) included in the transaction.
- Total and tender the sale.

## Dick's Sporting Goods POS Ringing Instructions – Non-COS Orders

- Scan the customer ScoreCard and press F1-Accept Loyalty Number.
- Scan the club to add it to the sale.
- Highlight the club on the screen and press F5 – Assign SAP.
- Scan or enter the selling associate's SAP ID.
    - ==Repeat this process for every eligible club included in the transaction.==
- Continue selling all items included in the transaction.
- Total and tender the sale.