# EXHIBIT C

DICK'S Sporting Goods, Inc.    345 Court Street Coraopolis, PA 15108    (724) 273-3012
Kyle Knoblauch    7146 Tamarack Ct MEQUON, WI 53092

| Name | Company | Teammate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kyle Knoblauch | DICK'S Sporting Goods, Inc. | 0682182 | 03/26/2023 | 04/08/2023 | 04/14/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | | | | | |
| YTD | | | | | | |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Commission Earnin | | 0 | | | 0 | 111.75 |
| Holiday (HOL) | | 0 | | | | |
| Regular (REG) | 03/26/2023 - 04/01/2023 | 35.9 | | | | |
| Regular (REG) | 04/02/2023 - 04/08/2023 | 33.9833 | | | | |
| Earnings | | | | | | |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security (EE) | | |
| Medicare | | |
| Federal Withholding | | |
| State Tax - WI | | |
| State Tax - WI | | |
| Employee Taxes | | |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Retirement Plan (401K) | | |
| Dental (DENTAL) | | |
| Health Flex (FSAHLT) | | |
| Medical (Non-HMO) (MEDICA) | | |
| Vision (VISVOL) | | |
| Pre Tax Deductions | | |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match (401K_MATCH) | | |
| AD&D (AD&D) | | |
| Basic Life (BASLIF) | | |
| Dental ER (DENTALER) | | |
| Medical ER (MEDICALER) | | |
| Short-Term Disability Hourly (STDH) | | |
| Vision ER (VISVOLER) | | |
| Employer Paid Benefits | | |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | | |
| Medicare - Taxable Wages | | |
| Federal Withholding - Taxable Wages | | 9.34 |
| State Tax Taxable Wages - WI | | |
| State Tax Taxable Wages - WI | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Adoption Leave | 0 | 0 | 0 |
| Vacation Time Off Plan | | | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | USD |