Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108
724/273-3400

| Pay Group: | DRW-DSG Regular State - West |
|---|---|
| Pay Begin Date: | 11/06/2022 |
| Pay End Date: | 11/19/2022 |

| Business Unit: | DSGBU |
|---|---|
| Advice #: | 000000013482687 |
| Advice Date: | 11/25/2022 |

Kyle Knoblauch
7146 Tamarack Ct
MEQUON, WI 53092

| Employee ID: | 0682182 |
|---|---|
| Department: | 91310-Golf |
| Location: | Store0711 Grafton WI |
| Job Title: | Sales Leader Golf |
| Pay Rate: | Hourly |

| TAX DATA: | Federal | WI State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Overtime | | | | | |
| Regular | | | | | |
| Holiday | | | | | |
| Personal | | | | | |
| TOTAL: | | | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | | |
| Fed MED/EE | | |
| Fed OASDI/EE | | |
| WI Withholdng | | |
| TOTAL: | | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Retirement Plan | | |
| TOTAL: | 98.52 | 184.22 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | | | | | |
| YTD | | | | | |

| | PTO-Vac | PTO-Per | Sick | CA Sup. Sick |
|---|---|---|---|---|
| Current Bal. | 5.5 | 0.0 | 0.0 | 0.0 |
| YTD Taken(-) | 0.0 | -8.0 | 0.0 | 0.0 |

### NET PAY DISTRIBUTION

Advice #000000013482687

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | |

TOTAL:

MESSAGE: