IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KYLE KNOBLAUCH, JEFF KUCHARSKI, and
GEORGE SCHLEY on behalf of themselves
Individually and all other similarly situated employees,

    Plaintiffs,

v.                                    Case No. 24 CV 315

DICK'S SPORTING GOODS, INC.,

    Defendant.

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter is before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Based upon Plaintiffs' motion, exhibits, and all the files and proceedings herein, the Court finds as follows:

1.    The Court grants preliminary approval of the settlement based upon the terms set forth in the Settlement Agreement of Class Action Claims ("Settlement Agreement") filed herewith and attached hereto as **Exhibit A**.

2.    The Court confirms that the Class Period is January 1, 2021 until the date of this Order.

3.    The settlement terms set forth in the Settlement Agreement appear to be fair, adequate, and reasonable to the Class and the Court preliminarily approves the terms of the Settlement Agreement including:

    a.    A Maximum Settlement Amount of $160,000;

b. An enhancement payment to the Named Plaintiff Class Representatives of $5,000 each;

c. The sum of $53,333.33 as attorneys' fees to Class Counsel representing 33% of the Maximum Settlement Amount;

d. The sum and costs awarded to Class Counsel which shall not exceed $444.50; and

e. Administrative Expenses, not to exceed $24,000.

4. The Court grants the parties' request for certification of the following Rule 23 Settlement Class for the sole and limited purpose of implementing the terms of the Settlement Agreement subject to this Court's final approval:

> All of Defendant's employees employed at a Relevant Store (defined as Defendant's store Nos. 15, 22, 70, 77, 196, 304, 309, 399, 626, 634, 706, 711, and 1027) who were eligible to receive a commission under Defendant's Premium Equipment Commissions Program ("PECP") during the Class Period.

5. The court preliminarily appoints Plaintiffs' Counsel, Shannon D. McDonald, as Class Counsel, and Plaintiffs Kyle Knoblauch, Jeff Kucharski, and George Schley as Class Representatives.

6. This Court approves, as to form and content, the Notice of Settlement ("Class Notice") in substantially the form attached to the Settlement Agreement as **Exhibit B**, and the Share Form, in substantially the form attached to the Settlement Agreement as **Exhibit C**.

7. The Court directs the mailing of the Class Notice and Share Form by first class mail to the Class Members in accordance with the schedule set forth below. The Court finds the date selected for the mailing and distribution of the notice, as set forth below, meet the

requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

8. The Court confirms CPT Group, Inc. as the Claims Administrator.

9. The Court adopts the following dates and deadlines:

| Within 30 days after entry of the Preliminary Approval Order of the Settlement. | Deadline for Defendant to provide the Class Member List to Claims Administrator. |
|---|---|
| Within 21 days after receipt of Class Member List. | Deadline for Claims Administrator to mail Notice and Share Forms to Class Members. |
| Within 30 days after mailing of the Notice and Share Forms. | Deadline for Class Members to opt-out of or object to Settlement; deadline for Class Members to submit Share Forms. |

10. Class Counsel shall file a memorandum of points and authorities in support of their motion for approval of the agreed upon attorneys' fees and litigation expenses no later than fourteen (14) calendar days before the end of the time within which Class Members may object to or opt out of the Settlement.

11. Class Counsel shall file a memorandum of points and authorities in support of the final approval of the Settlement Agreement no later than seven (7) calendar days before the final fairness hearing.

12. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel and the Class Representatives Enhancement Awards should be finally approved as fair, reasonable, and adequate as to the members of the Class shall be scheduled at a date and time convenient to the Court.

IT IS SO ORDERED by the Court, this ___ day of January, 2025.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge